# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jane Doe T.G.

                      Plaintiff,

v.                                                          Case No.: 1:25–cv–09339

                                                                      Honorable Jorge L. Alonso

UHS of Hartgrove, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion for extension of time to answer [41] is granted. Plaintiff's response to the motion to dismiss [39] is due by 1/15/2026. Defendant's reply is due by 1/29/2026. Motions to dismiss [15], [19], and [23] are denied as moot. Motion hearing dates of 12/16/2025 and 12/17/2025 are stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.